UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ROBERT E. QUINN,
MICHAEL H. HOLLAND,
MOHAMMED A. SHARBAF**

**Defendants.**

Criminal No.  05-0018 (JDB)

## ORDER

Upon consideration of parties' motions and memoranda, the arguments presented to the Court at the motions hearing on October 14, 2005, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 21st day of October, 2005, hereby

**ORDERED** that [35] defendants' motion for transfer of venue is **DENIED**; it is further

**ORDERED** that [69] the government's motion to strike portions of the indictment is **GRANTED**; it is further

**ORDERED** that [38] defendants' motion to dismiss the indictment for failure to charge a cognizable offense is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that [31 & 34] defendants' motions to strike from the indictment alleged surplusage are **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that [37] defendants' as-applied due process challenge to the laws underlying

the offenses alleged is **DENIED**; it is further

      **ORDERED** that [36] defendants' motion to dismiss Counts Two through Six for failure to state an offense is **DENIED**; it is further

      **ORDERED** that [32] defendants' motion to dismiss the indictment as duplicitous is **DENIED**; and it is further

      **ORDERED** that [29] defendants' motion for a supplemental jury questionnaire is **DENIED**.

                                                /s/ John D. Bates  
                                                 JOHN D. BATES  
                                         United States District Judge

Copies to:

Jay I. Bratt
Laura A. Ingersoll
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
Email: jay.bratt@usdoj.gov
Email: laura.ingersoll@usdoj.gov

*Counsel for the United States*


Aitan Dror Goelman
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Washington, DC  20036-5802
Email: agoelman@zuckerman.com

Larry A. Mackey
BARNES & THORNBURG, LLP
11 South Meridan Street
Indianapolis, IN  46204
Email: larry.mackey@btlaw.com

*Counsel for defendant Robert E. Quinn*


Richard E. Plymale
FROST BROWN TODD, LLC
250 West Main Street, Suite 2700
Lexington, KY  40507-1749
Email: rplymale@fbtlaw.com

Robert Martin Adler
Paul L. Knight
O'CONNOR & HANNAN, LLP
1666 K Street, NW, Suite 500
Washington, DC  20036
Email: radler@oconnorhannan.com
Email: pknight@oconnorhannan.com

*Counsel for defendant Michael H. Holland*